**Shane MASTERSON, Appellant Pro Se,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 61977.**

Missouri Court of Appeals, Western District.

Aug. 5, 2003.

Shane Masterson, Cabool, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Andrew W. Hassell, Assistant Attorney General, Jefferson City, for respondent.

---

Before HARDWICK, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Shane Masterson appeals the trial court's grant of summary judgment in favor of the Missouri Board of Probation and Parole on his petition for declaratory judgment and injunctive relief. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).